1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   (t) 619.231.0303
4  (f) 619.231.4755

5  Attorneys for Defendant MIDLAND
   CREDIT MANAGEMENT, INC.

7  TAMMY GRUDER HUSSIN [SBN 155290]
   tammy@hussinlaw.com
8  HUSSIN LAW
   1302 N. Coast Highway 101, Suite 201
9  Encinitas, California  92024
   (t) 877.677.5397
10 (f) 877.667.1547

11 Attorneys for Plaintiffs
   NATALIE HUFFMAN, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATALIE HUFFMAN, et al., <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | Case No. 2:17-cv-01534-JFW-FFM <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Judge:  Hon. John F. Walter <br><br> Mag. Judge:  Hon. Frederick F. Mumm |

P:01486042.1:87025.196

Case No. 2:17-cv-01534-JFW-FFM

JOINT STIPULATION FOR DISMISSAL

1 | Plaintiffs Natalie Huffman, Steve Huffman, Inna Borboa Badran, Tamara Sams, Guadalupe Quevedo, Mary Russell, Diann Taylor, David Toledo, Susan Joelson, Mitchel Joelson, Genevive Lorenzo Agsalud, Isaac Meyer, and Desiree Valdez (collectively, the "Plaintiffs") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal With Prejudice of this action in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby stipulate and jointly move to dismiss to this action with prejudice pursuant to the parties' settlement. The parties shall bear their own attorneys' fees and costs.

DATED: September 1, 2021      SOLOMON WARD SEIDENWURM & SMITH, LLP

By: */s/ Thomas F. Landers*
    THOMAS F. LANDERS
    Attorneys for Defendant, MIDLAND CREDIT MANAGEMENT, INC.

DATED: September 1, 2021      HUSSIN LAW

By: */s/ Tammy G. Hussin*
    TAMMY GRUDER HUSSIN
    Attorneys for Plaintiffs,
    NATALIE HUFFMAN, et al.

## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Tammy Gruder Hussin, counsel for Defendant, and I obtained her authorization to affix her electronic signature to this document.      */s/ Thomas F. Landers*
                                                                                   Thomas F. Landers