JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATALIE HUFFMAN, et al., <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. | Case No. 2:17-cv-01534-JFW-FFMx <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Judge:  Hon. John F. Walter <br><br> Mag. Judge:  Hon. Frederick F. Mumm |

The parties have filed a joint stipulation to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, this Court grants the parties' joint motion and dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  September 1, 2021

_____
Hon. John F. Walter
United States District Court Judge